# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 8, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157921(46)

JANE DOE,

       Plaintiff-Appellant,

v

BISHOP FOLEY CATHOLIC HIGH SCHOOL,
REVEREND GERARD J. LEBOEUF, JOANNE
MOLNAR, NANCY HAGER, ARCHDIOCESE
OF DETROIT, HIS EMINENCE ADAM JOSEPH
MAIDA, SISTER MARY GEHRINGER, and
ROES 1 – 50,

       Defendants-Appellees,

and

RICHARD FISCHER,

       Defendant.

SC: 157921
COA: 336795
Oakland CC: 2016-153573-CZ

_____/

       On order of the Chief Justice, the motion of defendants-appellees to file a surreply
is GRANTED. The surreply submitted on August 1, 2018, is accepted for filing.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

August 8, 2018



                       Clerk